Commonwealth ex rel. Allen, Appellant, *v.*
Myers.

Submitted March 21, 1966. *Frazier Allen,* appellant, in propria per-

sona; *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.